IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

N O T I C E OF INTENT TO PROCEED WITH 341 MEETING OF CREDITORS
TELEPHONICALLY AND PROCEDURES REGARDING SAME

Josiah L. Mason, Chapter 7 Trustee, will be conducting all 341 Meetings **telephonically**, via a telephone conference line.

Please take notice that the call-in information is as follows:

Telephone Number:        Access Code:
  866-766-2438              8851168

**YOU MUST** call in at the scheduled time for your case. In the event you hear another examination in progress, please mute your phone and wait for your case to be called.

**AT LEAST SEVEN DAYS** prior to the date of the 341 Meeting, Debtor's(s') Counsel shall provide the Trustee with copies of Debtor's(s') Driver's License, Social Security Card, and the signature page of the Petition in Bankruptcy, as well as any other previously requested information. All information may be sent through Stretto Doclink, via email to jlmasontrustee@joemasonlaw.com and/or ksummer@joemasonlaw.com; or via facsimile to 419/281-6530.

Further instructions for the 341 meeting is attached hereto and incorporated by reference.

In the event the Debtor(s) is not in the office of Counsel for the 341 meeting, **Counsel must** make certain Debtor(s) has available at the time of the hearing, his/her Driver's License, Social Security Card, and a copy of the signature page of the Petition.

Any person other than the Debtor(s) and the Attorney for the Debtor(s) desiring to take part in the 341 Meeting, may do so by following the call-in instructions as stated above, at the scheduled time of the 341 Meeting.

/s/ Josiah L. Mason
Josiah L. Mason, Chapter 7 Trustee
153 W. Main Street, P O Box 345
Ashland, OH 44805
Ph: 419/289-1600
Facsimile: 419/281-6530
Email:jlmasontrustee@joemasonlaw.com

# INSTRUCTIONS FOR TELEPHONIC MEETING OF CREDITORS

- You must use a touch-tone phone

- If you have a choice, use a landline phone, instead of a cell phone.

- Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.

- Make the call from a quiet area where there is as little background noise as possible.

- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors will likely be in session when you call in. You will still be able to hear the trustee even when your phone is muted.)

- Unmute your phone when the trustee calls your case so that the trustee can hear you.

- Wait until the trustee calls your case before speaking because more than one case may be waiting on the conference line at any given time.

- When speaking, identify yourself.

- Do not put the phone on hold at any time after the call is connected.

- Once your meeting of creditors is finished, hang up.

- If you become disconnected before your meeting of creditors is finished, call back.

- If you are calling in from another country, please see the additional information available at:
  https//www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf.